**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **STEVEN KING, and Wife,** <br> **LYNN KING,** <br><br> Plaintiffs, <br><br> v. <br><br> **MACS CONVENIENCE STORES, LLC,** <br><br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Case No.: ____________ |

# NOTICE OF REMOVAL

Without submitting to the jurisdiction of this Court and without waiving any available defenses, including, without limitation, lack of jurisdiction, improper venue, statute of limitations, insufficient process, or insufficient service of process, Defendant Macs Convenience Stores, LLC ("Macs"), by and through undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. hereby files this Notice of Removal of the above-described action to the United States District Court for the Western District of Tennessee, Western Division, from the Circuit Court for Shelby County, Tennessee where the action is now pending and states as follows:

1. This cause of action was commenced in the Circuit Court for Shelby County, Tennessee on November 6, 2020 and process was served on the Defendant on November 18, 2020. A copy of Plaintiff's Complaint setting forth the claim for relief upon which the action is based was first received by the defendant on November 18, 2020. Thus, removal is timely filed.

2. The action is a civil action for damages arising out of injuries sustained in a fall at Macs premises, and the United States District Court for the Western District of Tennessee, Western Division, has jurisdiction by reason of the diversity citizenship of the parties.

3. The matter in dispute exceeds $75,000, exclusive of interests and costs.

4. At the time of the commencement of this action in state court, and since that time, the Plaintiffs are citizens and residents of Shelby County, Tennessee. Defendant Macs is a corporation organized under the laws of Delaware and is considered a citizen of Indiana. Macs is not a citizen of the State of Tennessee.

5. A copy of all pleadings and Orders served upon Macs is filed with this Notice and attached hereto as Exhibit A.

6. Macs will give written notice of the filing of this Notice as required by 28 U.S.C. § 1446(d).

7. A copy of this Notice will be filed with the Clerk of the Circuit Court of Shelby County, Tennessee as required by 28 U.S.C. § 1446(d).

**WHEREFORE**, Macs requests that this action proceed in this Court as an action properly removed to it.

Dated this the 7th day of December, 2020.

Respectfully submitted,

**CARR ALLISON**

By: /s/ Katy Beth Carr

**SEAN W. MARTIN, BPR #020870**
**KATHERINE E. CARR, BPR #028866**
Attorneys for Defendant
736 Market Street
Suite 1320
Chattanooga, TN 37402
(423) 648-9832 / (205) 822-2057 FAX
swmartin@carrallison.com
kbcarr@carrallison.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2020, I electronically filed a Notice of Removal with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Elaine Sheng
Once Commerce Square, 26th Floor
Memphis, TN 38103
esheng@forthepeople.com

**CARR ALLISON**

BY: : __/s/ Katy Beth Carr____________________

**SEAN W. MARTIN, BPR #020870**
**KATHERINE E. CARR, BPR #028866**
Attorneys for Defendant
736 Market Street
Suite 1320
Chattanooga, TN 37402
(423) 648-9832 / (205) 822-2057 FAX
swmartin@carrallison.com
kbcarr@carrallison.com